# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Nos. 1D19-4252
1D20-116

_____

WALTON PLANTATION MASTER
ASSOCIATION, INC.,

    Appellant,

v.

BIG TIMBER, LLC and LONG
CREEK ADDITION, LLC,

    Appellees.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

September 22, 2020

PER CURIAM.

    AFFIRMED.

RAY, C.J., and BILBREY and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


C. Stephen Tatum and Dana C. Matthews, Destin, for Appellant.

Darryl Steve Traylor, Jr. and T. A. Borowski, Jr. of Borowski & Traylor, P.A., Pensacola, for Appellees.